AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    New Hampshire

Donna Priolo and Richard Priolo

**SUMMONS IN A CIVIL ACTION**

V.

The United States of America

CASE NUMBER:   07-CV-413-JM

TO: (Name and address of Defendant)

Thomas P. Colantuono
United States Attorney
53 Pleasant Street
Concord, NH  03301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William G. Scott, Esq.
Boynton, Waldron, Doleac, Woodman & Scott PA
82 Court Street
PO Box 418
Portsmouth, NH  03802

Cyrus Rilee, III, Esq.
Wiggin & Nourie, PA
PO Box 808
Manchester, NH  03105-0808

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**with ECF Notice and
Notice of Assignment to the
Magistrate Judge attached**

**JAMES R. STARR, Clerk**

December 28, 2007
DATE

**By: /s/ Janice Boucher, Deputy Clerk**

᛭AO 440  (Rev.  8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☑  Other (specify):
    US Mail RRR

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                       *Date*                                        *Signature of Server*

                                            _____
                                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

[ Print ]   [ Save As... ]   [ Export as FDF ]   [ Retrieve FDF File ]   [ Reset ]

# UNITED STATES DISTRICT COURT

District of    New Hampshire

Donna Priolo and Richard Priolo

**SUMMONS IN A CIVIL ACTION**

V.

The United States of America

CASE NUMBER: 07-CV-413-JM

TO: (Name and address of Defendant)

    Michael B. Mukasey, Attorney General
    US Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    William G. Scott, Esq.
    Boynton, Waldron, Doleac, Woodman & Scott PA
    82 Court Street
    PO Box 418
    Portsmouth, NH 03802

    Cyrus Rilee, III, Esq.
    Wiggin & Nourie, PA
    PO Box 808
    Manchester, NH 03105-0808

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**with ECF Notice and
Notice of Assignment to the
Magistrate Judge attached**

**JAMES R. STARR, Clerk**

December 28, 2007
DATE

**By: /s/ Janice Boucher, Deputy Clerk**

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    US Mail RRR

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                              *Date*                            *Signature of Server*

                                                              _____
                                                               *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Print | Save As... | Export as FDF | Retrieve FDF File | Reset |