UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DONNA PRIOLO and RICHARD PRIOLO, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____) | Civil No. 07-413-SM |

STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending action shall be dismissed, with prejudice, with each party to bear its own costs and fees.

Defendant United States of America

JOHN P. KACAVAS
United States Attorney


        /s/ T. David Plourde
By:_____
T. David Plourde
Assistant U.S. Attorney
NH Bar No. 2044
53 Pleasant Street
Concord, NH 03301-3904
225-1552
david.plourde@usdoj.gov

Dated:   October 19, 2009


     /s/ Michael T. McCormack
_____
Michael T. McCormack
Assistant U.S. Attorney
NH Bar No. 16470
53 Pleasant Street
Concord, NH 03301-3904
225-1552
michael.mccormack2@usdoj.gov

Dated:   October 19, 2009

Plaintiffs Donna Priolo and Richard Priolo


/s/ William G. Scott
_____
William G. Scott, Esquire
Boynton, Waldron, Doleac, Woodman
   & Scott, P.A. Esquire
NH Bar No. 2287
82 Court Street - PO Box 418
Portsmouth, NH 03802-0418
603-436-4010
wscott@nhlawfirm.com

Dated:   Oct. 16, 2009


 /s/ Cyrus F. Rilee
_____
Cyrus F. Rilee, III, Esq.
Wiggin & Nourie, PA
PO Box 808
Manchester, NH 03105-0808
603-669-2211
crilee@wiggin-nourie.com

Dated:   10/16/09